

# Fourth Court of Appeals
## San Antonio, Texas

February 17, 2017

No. 04-16-00808-CV

**PERIDOT JOINT VENTURE**, Millennium Exploration Company, LLC and Richard Monroy,
Appellants

v.

**RPH CAPITAL PARTNERS, L.P.**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-17142
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

The reporter's record was originally due January 13, 2017. On January 17, 2017, appellants filed a "Motion to Transfer Record on Appeal." In that motion, appellants advise that they are appealing a default judgment signed on December 14, 2015 – a judgment that is also connected with a mandamus proceeding in this court under cause number 04-16-00424-CV, styled *In re RPH Capital Partners, LP*. Appellants explain that a certified copy of the reporter's record for the December 14, 2015 default judgment hearing was attached as "Exhibit L" of relators' appendix to the petition for writ of mandamus. Appellants ask that we transfer that attachment from the previous mandamus proceeding into the record in the current appeal, which would complete the reporter's record in the current appeal. As of this date, the motion is unopposed.

Based on the foregoing, we **GRANT** the motion to transfer and **ORDER** the clerk of this court to transfer the certified copy of the reporter's record – specifically labeled as "Exhibit L" of the appendix to the petition for writ of mandamus – in cause number 04-16-00424-CV into the current appeal, appeal number 04-16-00808-CV. The transferred portion of the record is **ORDERED** included in the record in appeal number 04–16–00808–CV as though the original had been filed therein.

We **ORDER** the clerk's record deemed filed in full in this court as of the date of this order. Accordingly, appellants' brief is due **MARCH 20, 2017**.

We further **ORDER** the clerk of this court to serve a copy of this order on all counsel and the district clerk.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of February, 2017.

_____
Keith E. Hottle
Clerk of Court